AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROBERT MUHLENKAMP,
        Petitioner,

JUDGMENT IN A CIVIL CASE

v.

ALLISON BLIZZARD,
        Respondent.

CASE NUMBER: CV-07-0231-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent pursuant to the Amended Order Denying Petitioner's Request for Relief Under the Hague Convention on the Civil Aspects of International Child Abduction entered on October 24, 2007, Ct. Rec. 25, and the Order Directing Entry of Judgment and Closure of File entered on March 27, 2008, Ct. Rec. 26.

March 27, 2008         JAMES R. LARSEN
*Date*        *Clerk*

       s/ Cora Vargas
       *(By) Deputy Clerk*
       Cora Vargas